# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**M.D. MODZELEWSKI, F.D. MITCHELL, J.A. FISCHER**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**JEREMY G. MCMURRY**
**AVIATION MAINTENANCE ADMINISTRATIONMAN SECOND CLASS (E-5),**
**U.S. NAVY**

**NMCCA 201300398**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged:** 27 June 2013.
**Military Judge:** CAPT Andrew H. Henderson, JAGC, USN.
**Convening Authority:** Commanding Officer, Naval Air Station, Lemoore, CA.
**Staff Judge Advocate's Recommendation:** LT D.A. Christenson, JAGC, USN.
**For Appellant:** CDR Suzanne Lachelier, JAGC, USN.
**For Appellee:** LT Ann Dingle, JAGC, USN.

**30 January 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court